Mike Arias, Esq. (CSB #115385)
mike@aswtlawyers.com
Alfredo Torrijos, Esq. (CSB #222458)
alfredo@aswtlawyers.com
Craig S. Momita, Esq. (CSB #163347)
craig@aswtlawyers.com
ARIAS, SANGUINETTI, WANG
 & TORRIJOS, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Attorneys for Plaintiffs

ELENA R. BACA, Bar No. 160564
elenabaca@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: 213.683.6000
Facsimile: 213.627.0705

LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY FARIA, ET AL., | CASE NO. 1:18-CV-00242-DAD-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| DOLLAR TREE STORES, INC., | Date: May 17, 2018<br>Time: 9:45 a.m.<br>Judge: Hon. Sheila K. Oberto<br>Ctrm: 7 |
| Defendant. | |
| | Complaint Filed: August 1, 2017 |
| | (Doc. 34) |

| | |
|---|---|
| 1 | Having considered the papers and all pleadings on file and good cause appearing therefor, |
| 2 | IT IS HEREBY ORDERED that the Stipulation to Continue Mandatory Scheduling Conference |
| 3 | (Doc. 34) is GRANTED, as follows: |
| 4 | **1.** The Mandatory Scheduling Conference **is CONTINUED from May 17, 2018, at** |
| 5 | **9:45 a.m., to July 19, 2018, at 10:15 a.m. in Courtroom 7, before Magistrate Judge Sheila K.** |
| 6 | **Oberto.** |
| 7 | 2. The Parties shall file an updated Joint Report pursuant to Federal Rules of Civil |
| 8 | Procedure 16(b) and 26(f) at least five days prior to the continued Mandatory Scheduling |
| 9 | Conference. |

IT IS SO ORDERED.

Dated: **May 16, 2018**          /s/ *Sheila K. Oberto*
                         UNITED STATES MAGISTRATE JUDGE