1  Mike Arias, Esq. (CSB #115385)
   mike@aswtlawyers.com
2  Alfredo Torrijos, Esq. (CSB #222458)
   alfredo@aswtlawyers.com
3  Craig S. Momita, Esq. (CSB #163347)
   craig@aswtlawyers.com
4  ARIAS, SANGUINETTI, WANG
    & TORRIJOS, LLP
5  6701 Center Drive West, Suite 1400
   Los Angeles, CA 90045
6  Telephone:  (310) 844-9696
   Facsimile:   (310) 861-0168

Attorneys for Plaintiffs

ELENA R. BACA, Bar No. 160564
elenabaca@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Telephone: 213.683.6000
Facsimile: 213.627.0705

LINDBERGH PORTER, Bar No. 100091
lporter@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY FARIA, ET AL., | CASE NO. 1:18-CV-00242-DAD-SKO |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| DOLLAR TREE STORES, INC., | Date:     July 19, 2018<br>Time:     10:15 a.m.<br>Judge:    Hon. Sheila K. Oberto<br>Ctrm:     7 |
| Defendant. | |
| | Complaint Filed:    August 1, 2017 |
| | (Doc. 36) |

CASE NO. 1:18-CV-00242-DAD-SKO

ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation to Continue Mandatory Scheduling Conference (Doc. 36) is GRANTED, as follows:

    **1.** The Mandatory Scheduling Conference **is CONTINUED from July 19, 2018, at 10:15 a.m., to August 21, 2018, at 9:45 a.m., in Courtroom 7, before Magistrate Judge Sheila K. Oberto.**

    2. The Parties shall file an updated Joint Scheduling Conference Report pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) at least five days prior to the continued Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **July 13, 2018**                        /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE