Mike Arias, Esq. (CSB #115385)
  mike@aswtlawyers.com
Alfredo Torrijos, Esq. (CSB #222458)
  alfredo@aswtlawyers.com
Craig S. Momita, Esq. (CSB #163347)
  craig@aswtlawyers.com
**ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Attorneys Plaintiffs

Elena R. Baca, Esq. (CSB #160564)
  elenabaca@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Lindbergh Porter, Esq. (CSB #100091)
  lporter@littler.com
**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY FARIA, ET AL., | CASE NO. 1: 18-CV-00242-DAD-SKO |
| Plaintiffs, | **ORDER APPROVING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| DOLLAR TREE STORES, INC. | **(Doc. 38)** |
| Defendant. | Date: August 21, 2018<br>Time: 9:45 a.m.<br>Judge: Hon. Sheila K. Oberto<br>Ctrm: 7 |
| | Complaint Filed: August 1, 2017 |

1

2      Having considered the papers and all pleadings on file and good cause appearing therefore,

3  IT IS HEREBY ORDERED that the Stipulation to Continue Mandatory Scheduling Conference

4  (Doc. 38) is APPROVED, as follows.

5      1.     The Mandatory Scheduling Conference is CONTINUED from August 21, 2018, at

6  9:45 a.m., to Tuesday, October 9, 2018, at 9:45 a.m.

7      2.     The Parties shall file an updated Joint Scheduling Conference Report pursuant to

8  Federal Rules of Civil Procedure 16(b) and 26(f) at least five (5) court days prior to the continued

9  Mandatory Scheduling Conference.

10     IT IS SO ORDERED.

11 Dated: **August 17, 2018**          /s/ *Sheila K. Oberto*

12                                         UNITED STATES MAGISTRATE JUDGE