UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY FARIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE STORES, INC, <br><br> Defendant. | No. 1:18-cv-00242-DAD-SKO <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. 40) |

    On September 24, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 40.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 26, 2018**            /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE